**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| **In re:** ) | Case No.: 18-32404-KRH |
| ) | |
| WRIGHT, ALFREDA LEONYA, ) | Chapter 13 |
| ) | |
| _____Debtor._____ ) | |
| ) | |
| JACQUA, CLIFFORD ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| WRIGHT, ALFREDA LEONYA ) | |
| ) | |
| and ) | |
| ) | |
| BATES, CARL M., Trustee ) | |
| ) | |
| _____Respondents._____ ) | |

**ORDER GRANTING RELIEF FROM STAY**

Upon consideration of the motion of Clifford Jacqua to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 2707 Pomona Road, Richmond, Virginia 23223, and is more particularly described as follows:

> ALL that certain lot, piece or parcel of land, with the improvements thereon and appurtenances thereto belonging, situate, lying and being in Fairfield District, Henrico County, Virginia, known as Lot 4, in Block C, of Section 1, Oxford Court, plat of which made by Charles H. Fleet and Associates, Civil Engineers and Surveyors, dated March 16, 1955, is recorded in the Clerk's Office of the Circuit Court of said County, in Plat Book 26, at page 58, reference to which is hereby made for a more particular description of said lot.

BEING the same real estate conveyed to Linda Joy Eckert, by Deed from George Wilson Fox, III and Cheryl Lynn Fox Ward, Individually and as Executors of The Estate of Alice Lorraine Pace Fox, (a/k/a Alice L. Fox), deceased, dated March 4, 2010, recorded March 17, 2010, in the Clerk's Office, Circuit Court, Henrico County, Virginia, in Deed Book 4747, page 282.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

DONE at Richmond, Virginia, this ___ day of _____, 2018.

Aug 6 2018

/s/ Kevin R Huennekens
_____
Honorable Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket: 8/6/18

I ask for this:

/s/ W. Martin Williams
W. Martin Williams
OFFIT KURMAN P.C.
201 North Washington Highway – Suite 203
Ashland, Virginia 23005
Virginia State Bar No. 88107
Direct: (804) 362-4501


Seen and Agreed:

/s/ Rudolph C. McCollum, Jr.
Rudolph C. McCollum, Jr.
MCCOLLUM AT LAW, P.C.
P.O. Box 4595
Richmond, Virginia 23220
Telephone: 804-218-3614

## CERTIFICATION

The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made.

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(c)

/s/ W. Martin Williams
W. Martin Williams

**PARTIES TO RECEIVE COPIES**

Copy to:

W. Martin Williams
OFFIT KURMAN P.C.
201 North Washington Highway – Suite 203
Ashland, Virginia 23005

*Counsel for Movant*

Rudolph C. McCollum, Jr.
McCollum at Law, P.C.
P.O. Box 4595
Richmond, Virginia 23220

*Counsel for Debtor*

Carl M. Bates
P.O. Box 1819
Richmond, Virginia 23218

*Trustee*

Copy Mailed to*:*

Alfreda Leonya Wright
2707 Pomona Road
Richmond, Virginia 23223